JKB/cic/332640                                                                    443-144-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 3908 |
| | ) | |
| PETER STONE CO., U.S.A., INC., | ) | Judge Darrah |
| | ) | |
| Defendant. | ) | Magistrate Judge Cole |

### NOTICE OF FILING

TO:  Michael P. Mullen
　　　Scott M. Kolosso
　　　MULLEN & FOSTER
　　　203 North Wabash Avenue, Suite 2300
　　　Chicago, IL  60601

**PLEASE TAKE NOTICE** that on the 2nd day of September, 2008, there was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Motion to Dismiss** and an **Appearance**, copies of which are attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　PETER STONE CO., U.S.A., INC.


　　　　　　　　　　　　　　　　　　　By:  /s/James K. Borcia
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

James K. Borcia
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000