**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 3908 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Cole |
| PETER STONE CO., U.S.A., Inc., | ) | |
| | ) | |
| Defendant. | ) | Jury Trial Demanded |
| | ) | |

**NOTICE OF FILING**

To: James K. Borcia
Tressler, Soderstrom, Maloney & Priess, LLP
233 S. Wacker Dr., 22nd Fl.
Chicago, IL 60606

    PLEASE TAKE NOTICE, that on September 5, 2008, Plaintiff filed its **Status Report** with the Clerk of the Court for the United States District Court For the Northern District of Illinois, a copy of which is attached hereto and served upon you.

                                                /s/ Michael P. Mullen
                                                One of the attorneys for the Plaintiff

**CERTIFICATE OF SERVICE**

    I, Michael P. Mullen, an attorney, certify that on September 5, 2008, I electronically filed Plaintiff's **Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel listed above.

                                                /s/ Michael P. Mullen

Michael P. Mullen
Scott M. Kolosso
Mullen & Foster
203 N. Wabash Ave., Suite 2300
Chicago, IL 60601